FILED
2012 JUN 18 AM 10: 48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-1175 SJO-3 |
| RYDER FINNEY | : | |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under Rule 20)

I, Ryder Finney, defendant, have been informed that an indictment is pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Eastern District of Pennsylvania in which I have been arrested and to waive trial in the above-captioned District.

_____      _____
Ryder Finney                Catherine C. Henry, Esquire
Defendant                   Counsel for Defendant

DATE: 6-6-12

APPROVED

_____      _____
ZANE DAVID MEMEGER          ANDRE BIROTTE, JR.
United States Attorney for the    United States Attorney for the
Eastern District of Pennsylvania   Central District of California